## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

-------------------------------------------------------------------x

UIC DIGITAL LLC,

               **Plaintiff,**

      v.

**CRACKLE PLUS, LLC,**

               **Defendant.**

Civ. Case No. 3:23-cv-1617

DECEMBER 13, 2023

-------------------------------------------------------------------x

Plaintiff UIC Digital LLC[1] ("Plaintiff" or "UIC"), as and for its Complaint against Crackle

Plus, LLC ("Defendant" or "Crackle"), alleges as follows:

### NATURE OF THE ACTION

1. This dispute arises out of Crackle's breaches of contractual obligations and its failure to
   pay monies owed for services it was provided with by UIC.

### PARTIES

2. Plaintiff UIC Digital LLC is a limited liability company organized and existing under the
   laws of State of Delaware, with its principal place of business in New York, New York.
   UIC Digital LLC is 100% owned by UIC Digital Ltd. (a UK company).

3. UIC is a software agency, which develops, creates and designs custom websites and
   applications for organizations and other companies.

4. Upon information and belief, Defendant Crackle Plus, LLC is a limited liability company
   organized and existing under the laws of the State of Delaware, with its principal place of
   business in Fairfield County, Connecticut.  Upon information and belief, its members
   reside in Connecticut.

---

[1]    The Agreement, as defined below, was entered into by UI Centric LLC, which has since changed its name
to, and now does business as, UIC Digital LLC.  Therefore, UIC Digital LLC is the Plaintiff in this action.

5. At all material times, Crackle was a purchaser of certain services as described below.

## JURISDICTION & VENUE

6. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332 because there is diversity of citizenship between a citizen of the state of Connecticut and a citizen of a foreign state and the amount in controversy exceeds $75,000.00.

7. This Court has personal jurisdiction over Crackle because it has its principal place of business and is incorporated in the State of Connecticut.

8. Venue is properly laid in this Court because of the venue provision contained in the Agreement at issue.

## BACKGROUND & FACTS

### A. Crackle Contractually Agreed to Accept Services from UIC

9. On or about September 1, 2021, UIC and Crackle entered into a Master Software Development & Purchase Agreement ("Agreement"), as well as the Statement of Work # 1, Statement of Work # 2, Amendment 1 to Statement of Work # 2 and Amendment 2 to Statement of Work # 2 (together, the "Agreement"), in which UIC agreed to develop, create, and design certain services and deliverables ("Services"), as outlined in the Agreement.  A true and correct copy of the Agreement is attached as Exhibit A.

10. The Services included developing "the Roku channel based on Crackle Plus' approved requirements, wireframes and designs . . . to incorporate all user stories, acceptance criteria and test scripts."  *See* Agreement, Exhibit A, Schedule 1, Scope of Work, ¶ 2.

11. As payment for the Services provided by UIC, Crackle Plus agreed to pay certain fees, based on time and material.  *See* Exhibit A, Agreement, Statement of Work # 1, § XVII; Statement of Work # 2, § XVIII; Amendment 1 to Statement of Work # 2, ¶ 3; and

2

Amendment 2 to Statement # 2, ¶ 3.

12. Beginning on or about August 16, 2021, and continuing until on or about September 15, 2023, UIC provided the Services to Crackle, which were accepted by Crackle.

13. At no time did Crackle object to any of the Services provided by UIC.

**B.  Crackle Breached The Agreement By Not Paying For The Services Provided**

14. As per the terms of the Agreement, UIC sent monthly invoices to Crackle, and expected to be paid within forty-five days of receipt, as per the terms of each invoice.

15. Specifically, invoices were sent to Crackle on or about September 13, 2021; November 9, 2021; January 31, 2022; April 12, 2022; April 21, 2022; May 6, 2022; June 7, 2022; July 11, 2022; August 5, 2022; September 8, 2022 and October 7, 2022 ("Paid Invoices").

16. The Paid Invoices were paid within a few months of the date they were sent, well over forty fives after receipt.

17. However, many other invoices were sent to Crackle for the Services provided by UIC, which have yet to be paid and are still outstanding.

18. Specifically, invoices were sent to Crackle on or about November 10, 2022; December 8, 2022; January 11, 2023; February 13, 2023; March 7, 2023; April 14, 2023; May 4, 2023; June 7, 2023; July 11, 2023; September 7, 2023; October 6, 2023; August 7, 2023; and September 7, 2023 ("Unpaid Invoices").

19. The Unpaid Invoices, which are due and outstanding, and are owed to UIC, total $695,676.00.

20. Crackle has not paid the Unpaid Invoices, thereby breaching the terms of the Agreement.

21. UIC has acted consistently with the Agreement, and has provided all of the Services to Crackle which UIC agreed to, incurring the costs of same to its detriment.

22. After UIC performed under the Agreement and incurred the costs of providing the Services to Crackle, Crackle refused to pay the Unpaid Invoices, thereby breaching the terms of the Agreement.

23. UIC has suffered damages in the sum of not less than $695,676.00, which reflects the amount owed from the Unpaid Invoices.

24. To date, Crackle continues to use and monetarily benefit from the Services provided by UIC, which it has not paid for.

**AS AND FOR A FIRST CAUSE OF ACTION**
**(Breach of Contract)**

25. Plaintiff UIC repeats and re-alleges the allegations previously stated herein, inclusive, with the same force and effect as if set forth at length herein.

26. Plaintiff UIC and Defendant Crackle entered into the Agreement, and thereby formed a contract for the Services to be developed, created, designed by UIC and provided to Crackle.

27. In accordance with the Agreement, which is a clear contract, UIC performed its responsibilities by developing and providing the Services to Crackle.

28. Crackle has wrongfully refused to pay for all of the Services it agreed to accept, and which it did accept, and has not paid the amounts due and outstanding in the Unpaid Invoices.

29. As a result, UIC has been deprived of the benefit of its bargain under the Agreement and contract it has with Crackle.

30. UIC has been greatly damaged by Crackle's failure to pay the Unpaid Invoices and the Services it contracted for and accepted.

31. By reason of the foregoing, Defendant Crackle Plus, LLC is liable to Plaintiff UIC Digital LLC for actual damages in the amount of $695,676.00, plus punitive damages,

interest, costs and the expenses of this action.

## AS AND FOR A SECOND CAUSE OF ACTION
### (Promissory Estoppel)

32. Plaintiff UIC repeats and re-alleges the allegations previously stated herein, inclusive, with the same force and effect as if set forth at length herein.

33. Defendant Crackle clearly and unambiguously promised and agreed to pay for the Services provided to it by UIC, as set out in the Agreement.

34. UIC reasonably and foreseeably relied on Crackle's promises, representations and confirmations to pay for all of the Services it provided to Crackle, and on Crackle's failure to object to the Services provided under the Agreement.

35. As a result, UIC was deprived of payments promised and agreed to it under the Agreement.

36. UIC was damaged by Crackle's failure to pay for the Services it contracted to accept, and which it did accept.

37. By reason of the foregoing, Defendant Crackle Plus, LLC is liable to Plaintiff UIC Digital LLC for actual damages in the amount of $695,676.00, plus punitive damages, interest, costs and the expenses of this action.

## AS AND FOR A THIRD CAUSE OF ACTION
### (Negligent Misrepresentation)

38. Plaintiff UIC repeats and re-alleges the allegations previously stated herein, inclusive, with the same force and effect as if set forth at length herein.

39. Defendant Crackle had a duty to provide UIC with correct information.

40. Defendant represented that it would pay UIC in full for the Services UIC provided it with.

41. Crackle subsequently refused to pay UIC in full for the Services UIC provided it with.

42. UIC reasonably and foreseeably relied on Crackle's promises, representations and confirmations to pay for all of the Services it provided to Crackle, and on Crackle's failure to object to the Services provided under the Agreement.

43. As a result, UIC was deprived of the funds promised and agreed to it under the Agreement and was thus damaged.

44. By reason of the foregoing, Defendant Crackle Plus, LLC is liable to Plaintiff UIC Digital LLC for actual damages in the amount of $695,676.00, plus punitive damages, interest, costs and the expenses of this action.

### AS AND FOR A FOURTH CAUSE OF ACTION
**(Account Stated)**

45. Plaintiff UIC repeats and re-alleges the allegations previously stated herein, inclusive, with the same force and effect as if set forth at length herein.

46. As is described herein, the parties entered into a contract, the Agreement.

47. Plaintiff UIC sent, and Defendant Crackle received, invoices pursuant to the Agreement.

48. Crackle received and retained the invoices, and did not object to the invoices within a reasonable period of time.

49. UIC is thus entitled to the amounts stated on the invoices it sent to Crackle, and specifically is entitled to the amounts which remain outstanding from the Unpaid Invoices.

50. By reason of the foregoing, Defendant Crackle Plus, LLC is liable to Plaintiff UIC Digital LLC for actual damages in the amount of $695,676.00, plus punitive damages, interest, costs and the expenses of this action.

**WHEREFORE**, Plaintiff UIC Digital LLC respectfully requests that this Court enter Judgment in its favor and against Defendant Crackle Plus, LLC as follows:

a.  On the First Cause of Action, Breach of Contract, compensatory damages against Crackle

Plus, LLC, for the unpaid sums due under the Unpaid Invoices, amounting to $695,676.00, plus punitive damages, interest, costs and the expenses of this action;

b. On the Second Cause of Action, Promissory Estoppel, compensatory damages against Crackle Plus, LLC, in the amount of $695,676.00, to the extent not recovered as damages under the First Cause of Action, plus punitive damages, interest, costs and the expenses of this action;

c. On the Third Cause of Action, Negligent Misrepresentation, compensatory damages against Crackle Plus, LLC, in the amount of $695,676.00, to the extent not recovered as damages under the First and Second Causes of Action, plus punitive damages, interest, costs and the expenses of this action;

d. On the Fourth Cause of Action, Account Stated, compensatory damages against Crackle Plus, LLC, in the amount of $695,676.00, to the extent not recovered as damages under the First, Second and Third Causes of Action, plus punitive damages, interest, costs and the expenses of this action; and

e. For such other and further relief as the Court may deem just and proper.

**UIC DIGITAL LLC**

By:_____

Glenn A. Duhl  ct03644
Zangari Cohn Cuthbertson
          Duhl & Grello P.C.
59 Elm Street, Suite 400
New Haven, CT 06510
Tel.:   (203) 786-3709
Fax:   (203) 782-2766
gduhl@zcclawfirm.com

-and-

7

Aaron Twersky
(Mot. to Admit PHV forthcoming)
Ilana Neufeld
(Mot. to Admit PHV forthcoming)
Twersky PLLC
747 Third Avenue, 32nd Floor
New York, NY 10017
Tel: (212) 425-0149
atwersky@twerskylaw.com
ineufeld@twerskylaw.com