UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UIC DIGITAL LLC, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) <br> ) |
| -v- | ) Civ. Case No. 3:23-cv-1617 <br> ) |
| CRACKLE PLUS, LLC, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE** that, on June 27, 2024, Chicken Soup for the Soul Entertainment Inc., and certain of its affiliates, including, but not limited to, Defendant Crackle Plus, LLC (collectively, the "Debtors"[1]) each filed a voluntary petition for relief (collectively, the "Bankruptcy Petitions") under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors have requested that their chapter 11 cases be administered jointly under the following caption: *In re Chicken Soup for the Soul Entertainment, Inc.*, Case No. 24-11442-TMH (Bankr. D. Del.).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362 of the Bankruptcy Code, the filing of the Bankruptcy Petitions operates as a stay, applicable to all entities,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

754301.1

of, among other things, the initiation or continuation of judicial, administrative, or other actions or proceedings against any one or more of the Debtors or any act to obtain possession of, or exercise control over, property of any one or more of the Debtors.

Dated: July 2, 2024

Respectfully submitted,

**GRAUBARD MILLER**

By: _____
Caryn L. Marcus
The Chrysler Building
405 Lexington Avenue, 44th Floor
New York, New York 10174-4499
(212) 818-8695
cmarcus@graubard.com

**HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC**

By: _____
Kristen L. Zaehringer
135 Broad Street
Milford, CT 06460
(203) 877-8000
kzaehringer@hssklaw.com

*Attorneys for Defendant*

2

754301.1

## CERTIFICATE OF SERVICE

This is to certify that on July 2, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

*/s/ Kristen L. Zaehringer*
Kristen L. Zaehringer